NUMBERS 13-08-00112-CV


 13-08-00728-CV 


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF C.W., A CHILD
 

_____________________________________________________________


On appeal from the 156th District Court 


of San Patricio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Chad Weachter, father of C.W., attempts to appeal a judgment
terminating the parental rights of the mother of C.W., M.H., entered on February 6, 2008,
in the 156th District Court of San Patricio County, Texas, in cause number S-07-5506-FL-B. 
The judgment entered on February 6, 2008, severed the case of Chad Weachter, and
assigned it cause number S-07-5506-FL-B-1. 

 On October 21, 2008, the Clerk of this Court notified appellant that the notice of
appeal bears the incorrect cause number, S-07-5506-FL-B, and that the correct cause
number is S-07-5506-FL-B-1. Notice of this defect was given so that steps could be taken
to correct the defect, if it could be done. Appellant was advised that, if proper notice of
appeal was not filed in the trial court within ten days from the date of receipt of this Court's
letter, the matter would be referred to the Court for further action. To date, no response has
been received from appellant.

 Given that appellant, Chad Weachter, was not a party to the judgment entered on
February 6, 2008, in cause number S-07-5506-FL-B, his appeal is ordered SEVERED and
will be docketed in this Court under cause number 13-08-00728-CV. The appeal of M.H.,
will remain under the cause number 13-08-00112-CV and proceed in due course.

 Appellant, Chad Weachter, has failed to amend the notice of appeal within the time
prescribed by this Court. See Tex. R. App. P. 25.1(f), 37.1. The Court, having examined
and fully considered the documents on file, is of the opinion that the appeal should be
dismissed for want of jurisdiction. Accordingly, the appeal in cause number 13-08-00728-CV is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex. R. App. P. 42.3(a),
(c). 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 8th day of January, 2009.